

**EXHIBIT**

A

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Annette M. Vanderhorst                    Plaintiff
1301 Massachusetts Avenue NW #107
vs.
Washington DC 20005                              CIVIL ACTION NO. _____

Blue Cross Blue Shield Association
Headquarters Chicago
225 North Michigan Avenue
Chicago, IL 60601
Attention: Scott P. Serota, CEO   Defendants

CMS
Medicare Claims Office
c/o Novitas Solutions
PO Box 3400                          **COMPLAINT**
Mechanicsburg, PA  17055-1845
Attention: Appeal

1. **Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**

See attachment (letter dated August 14, 2014) along with additional correspondence

FILED
CIVIL ACTIONS BRANCH

AUG 14 2014

Superior Court of the
District of Columbia
Washington, D.C.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ _____ with interest and costs.

                                  (202) 638-6752
                                  Phone: _____

**DISTRICT OF COLUMBIA, SS**

_Annette M. Vanderhorst_____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

                          _Annette M. Vanderhorst_
                          (Plaintiff   DC DLB 25/21              Agent)

Subscribed and sworn to before me this __14__ day of ___August___ 20 _14_.

                          _____
                          (Notary Public/Deputy Clerk)

Case: 2014 CA 005018 B

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Annette M. Vanderhorst
1301 Massachusetts Avenue NW #109
Washington DC 20005

**Plaintiff**

vs.

14 - 0005018

CIVIL ACTION NO. _____

Blue Cross Blue Shield Association
Headquarters Chicago
225 North Michigan Avenue
Chicago, IL 60601
Attention; Scott P. Serota, CEO   **Defendants**

CMS
Medicare Claims office
C/o Novitas Solutions
PO Box 3400
Mechanicsburg, PA 17055-1845
Attention: Appeal

**COMPLAINT**

RECEIVED
Civil Clerk's Office
AUG 14 2014
Superior Court of the
District of Columbia
Washington, D.C.

1.   **Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**

See attachment (letter dated August 14, 2014) along with additional correspondence

**Wherefore, Plaintiff demands judgment against Defendant in the sum of $ _____ with interest and costs.**

Phone: (202)638-6752

**DISTRICT OF COLUMBIA, SS**

Annette M. Vanderhorst _____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

Annette M. Vanderhorst
(Plaintiff                                          Agent)

Subscribed and sworn to before me this ___14___ day of ___August___ 20 14.

_____
(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00

*August 14, 2014*

Annette Vanderhorst
1301 Massachusetts Avenue NW
Apt. 109
Washington, DC  20005


Civil Court
500 Indiana Avenue
5th Floor
Washington, DC


To Whom It May Concern:

I am complaining of the service being given by Blue Cross Blue Shield Insurance
Company a contractual affiliate with the company Keith Glasscock (Plan D), and also
Medicare's Appeal office.

It all started September 12, 2013, with an increase in the cost of medication with no
notice prior to receiving the medication.  Since then it has gotten worse:

1.  Failure to send Explanation of Benefits (EOB) monthly regarding an increase in the
cost of medication.

2.  A letter (copy enclosed) dated October 23, 2013, with lots of false information.
    a.  A call to Rite Aid that claims that Pamela Kaduce called Rite Aid.  Per Patel,
    who works for Rite Aid as a supervisor no call was received by Rite Aid from
    Pamela Kaduce.
    b.  Les being a pharmacist.  Per Patel, Rite Aid does not have an employee by the
    name of Les.
    c.  Manufacturer setting the price, in which it was for the Plan (Plan D).  I called
    the manufacturer who told me that the insurance company sets their own
    prices.  The manufacturer does not set prices for the insurance company.

3.  Date of July 3, 2013, and August 4, 2013,no paperwork provided to me showing
the cost increase for Synthroid on July 3, 2013, and Prednisone on August 4, 2013
written by Wanda Lessner, Executive Directive Inquiry, per her letter dated October
23, 2013.  I sent a letter dated November 12, 2013, to Wanda Lessner's supervisor
Mario because I did not agree with Wanda Lessner's letter dated October 23, 2013.  I
did not receive a response until after I contacted the District of Columbia Department
of Insurance, Securities and Banking on April 10, 2014.  On July 5, 2014, I sent a
letter to Blue Cross Blue Shield CEO Scott P. Serota regarding this issue for some
answers with enclosures of copies of letters sent to me from Blue Cross Blue Shield
and from me to Blue Cross Blue Shield.  Yet, a voicemail message from Andy
England was left on my machine on July 18, 2014.  Andy England mentioned that he
wanted me to call him.  On July 31, 2014, I called Andy England.  He stated that I

was calling him about the July 23, 2014, letter and that he called me several times. I informed him that I was returning his call of July 18, 2014, and that I have one voicemail message that he called which is July 18, 2014. He said the October 23, 2013, letter resolved the issue. I said I have that letter. I requested the that the July 23, 2014, letter be sent certified because I had not received it and a for him to send a letter stating the issue had been resolved. Also, that communications be in writing and sent by certified mail. I requested a three-way telephone conversation among myself, Andy England and CEO Serota. Andy England said he would get back to me, but he does not know when.

The next complaint is regarding the Appeal made to Medicare (see letter dated July 5, 2014) as to several complaints addressed to them, which are as follows:

1. Increase cost of medication.
2. Personalized Booklet with wrong information of 2013
3. Some of contractual employees of Medicare's Advanced Resolution not following up with procedures properly
4. Blue Cross Blue Shield has a medication listing which was sent to me. The listing shows medication removals by Medicare. Medicare stated they do not know about this. Medicare sent the Blue Cross Blue Shield medication listing to Medicare's office in Philadelphia to investigate. I have not heard from Medicare regarding this issue
5. The majority of the calls I made to Medicare were addressed to supervisors. These supervisors stated they would send e-mails to headquarters in Philadelphia and Baltimore for follow-up, no response regarding these issues (see letters).
6. In response to my July 5, 2014, letter, Medicare's Appeal department should have contacted me in writing instead of the Appeal department having the Advance Resolution department call me. I informed a supervisor at Medicare about this and the supervisor said Appeals is supposed to call me or put in writing their response to me. The supervisor also stated that Appeals did not follow the policy and the supervisor will report it to Baltimore.
7. Medicare supervisor (first name is Rose) said Blue Cross Blue Shield committee fraud and she would report this to Medicare's office in Philadelphia. I have not heard further on this issue.

July 5, 2014

1301 Massachusetts Ave., NW
Apt. 109
Washington, DC  20005

Blue Cross Blue Shield Association
Headquarters Chicago
225 North Michigan Avenue
Chicago, IL  60601
Attention: Scott P. Serota, CEO

Dear Mr. Serota:

I am writing this letter regarding many issues that occurred since September 12, 2013, regarding an increase in medication with no Explanation of Benefit prior to the purchase on a three months time frame for my medication, and a booklet with wrong information. The issues have escalated starting with the following:

(A) Starting September 12, 2013, an increase $63.00 to $79.00 due to manufactures.  Please see attached EOB and a booklet with wrong information in September.

(B) She stated October 2013, per Wanda Lessner, Executive Inquiry Department, CareFirst Blue Cross Blue Shield, PO Box 8894, Baltimore, Maryland 21224.

(C) A response to that letter sent on November 12, 2013, regarding issues, someone being a pharmacist for Rite Aid, another calling Rite Aid and did not receive an answer, according to Rite Aid no call was made by Patel, who is employed by Rite Aid.

(D) Failing to send document for July 3, 2013 as to support her letter.

(E) The statement about Annual Notice of Change and Evidence of Coverage Packet was not obtained after checking with Medicare and Advanced Resolution Center follow up this came about April 13, 2014, from calling Blue Cross Blue Shield.

(F) Medicare has been informed other issues regarding medication reported in which they know about, in which I have the listing, and therefore, it was sent to Medicare in Department of Health and Human Services, Center for Medicare and Medicaid Service, Suite 216, the Public Ledger Building, 150 S. Independence Mall West, Philadelphia, PA 19106-3499, Region III, Division of Medicare Health Plans Operations.  Moreover, according to Medicare on April 7, 2014, my insurance is Rx Blue Standard and this CVS CareMark per Rose supervisor, stated it was fraud and it was reported to Medicare in Philadelphia.

(G) The time taken in following through this is a very painful situation. I am placed with getting my medication on three months basis per my providers. Nevertheless, the prices are being increased due to the contractual partnership you have with Medicare, on March 12, 2014, it was $106.00 now it is the deductible being addressed, just purchased medication in June 12, 2014, and it was $96.00. But, getting back to March mediation, a letter was sent to Shawn McCleod with her staff overriding the medication after CVS CareMark had their price already. Wanda Lessner plays a big role in her position as to the employee that works for Blue Cross Blue Shield as well as contractor that works along with the company, naming Keith Glasow and Larry Merlo of Plan D both of these individuals have not taken the time to respond accordingly that represent your company.

(H) Again, from checking with Medicare, in which I was informed by them to check with DC Department of Insurance, Securities and Banking (DISB) regarding Arthur Slade's inquiry the only contact person was Wanda Lessner, Director Executive Inquiry. Also, I asked for her supervisor. According to outside information sent by Wanda on June 9, 2014, her information that I do not agree with a letter dated December 18, 2013. She has December 13, 2013. Example December 18, 2013, I did not receive and the letter on November 12, 2013, was addressed directly to Maria Tidon, but no response until now with no signature. The Department of Insurance, Securities and Banking (DISB) has stated The only person of contact will be Wanda Lessner. In the meantime, a letter from the complaint department stating everything was done until asked to speak to Maria Tidon or Chester Burrell. I was told this is not in their scope, you will need to go to court and they mentioned attorney if they cannot bring it to a closure.

Sincerely,


Annette Vanderhorst

July 5, 2014

1301 Massachusetts Ave., NW
Apt. 109
Washington, DC  20005

CMS
Medicare Claims Office
C/O Novitas Solutions
PO Box 3400
Mechanicsburg, PA  17055-1845
Attention: Appeal

To Whom It May Concern:

I am writing this letter regarding services as to follow up of Blue Cross Blue Shield as to inconsistencies with increase of medication with help supposedly of Advanced Resolution Center, Medicare regulator as well as Medicare in Philadelphia.

First, the increase in September 2013 with no notice, only when you call to have it picked up in your three months time frame for.  However, no advanced notice, nothing of Explanation of Benefit for the increase. along with that some booklet (Personalized Drug Booklet from Blue Cross Blue Shield.)  From taking the time to check about the booklet going through Medicare and reporting the issues there was a Tom Hunter, from Advanced Resolution Center October 7, 2013, stating that it came from my Plan, which is Plan D the insurance which is contracted with Medicare.

Secondly, the issue has escalated because no one is answering their several calls made through Medicare, and I hope these calls can be pulled.  Moreover, my understanding in following rules regulations that Medicare has for insurance to be with regulation it is not being carried out, as Medicare contractual follow up Advanced Resolution Center.

Thirdly, I do hope that someone will take time to follow up on service that is being rendered to the public about the insurance that you have working with this company for the public welfare.

Finally, see enclosures from Philadelphia responds of Center for Medicare and Medicaid Services from writing Secretary Sebelius' department on December 17, 2013., in which she now has retired, but response from Nancy B. O'Connor Region Administrator having someone by name of Roseanne Edgar to sign for her (February 12, 2014, Patricia A. Lalor Manager, Customer Relations Branch and Tracy Spruell-McMoore, Health Insurance Specialist April 10, 2014, due to escalating follow up from April 7, 2014 Rose supervisor stating fraud between Blue Rx and CVS CareMark from calling the fraud number given to me.  Please pull her call.  Again the Food and Drug Administration does

not work with the cost of medication.  The statement about Annual Notice of Change and Evidence of Coverage Packet was not obtained after checking with Medicare and Advanced Resolution Center follow up this came about April 13, 2014, from calling Blue Cross Blue Shield.

Sincerely,


Annette Vanderhorst

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
Suite 216, the Public Ledger Building
150 S. Independence Mall West
Philadelphia, PA 19106-3499



Region III/Division of Medicare Health Plans Operations

November 14, 2013

Annette M. Vanderhorst
1301 Massachusetts Ave., NW
Apt. 109
Washington DC 20005-4115

Dear Ms. Vanderhorst:

Thank you for your inquiry to the Centers for Medicare and Medicaid Services (CMS) regarding your concerns with your Medicare Prescription Drug Plan with CareFirst, Inc., sponsored by Blue Cross and Blue Shield.

According to your inquiry, you have contacted CareFirst, Inc. on several occasions to find out why your prescription drug costs increased.  You also want to find out who sent you a publication called "2013 Personalized Medicare Plan Booklet", because you never requested the package.

In reference to your concerns over the rising cost of your medications, please note that CMS does not set the price of prescription drugs as established under the Medicare Modernization Act of 2003. CMS establishes policies for paying health care providers, but does not control the price of prescription drugs on the American market. As you are aware, there are many factors that impact on the cost of prescription drugs in the free enterprise system, including the cost of research and development of new and improved medications.

Regarding the booklet you received, we reviewed the document that you faxed to our office and found that it was sent from our 1-800-Medicare call center. The "2013 Personalized Medicare Plan Booklet" was requested by you during your call to 1-800-Medicare on September 23, 2013. The information provided is a general comparison of the plans in your area with an estimated cost of your medications, if you were enrolled into their plans.

I urge you to compare the prices of Medicare drug plans to find the best value for you. CMS provides an Internet-based tool for comparing Medicare drug plans that includes the ability to compare specific medication pricing. You may access the tool, known as the Medicare Prescription Drug Plan Finder, through our website, www.medicare.gov. For personalized

**PREVENTION: Did you know that most Medicare-covered preventive services are free?  Find out how Medicare can help you stay healthy with an annual "Wellness Visit," and regular preventive screenings at www.medicare.gov, or at 1-800-MEDICARE**

Page 2 – Ms. Vanderhorst

assistance using the plan finder, please call 1-800-Medicare or your local state health insurance assistance program (SHIP). You may contact the Washington, DC SHIP by calling 1-202-994-6272.

People with low incomes can receive valuable extra assistance with their drug plan premiums and cost-sharing. This program is known as the Extra Help program and is administered by the Social Security Administration. If you feel you may be eligible for this assistance, please call Social Security at 1-800-772-1212.

We hope this information is useful to you and consider this matter resolved with this letter. If you have any further questions about other subjects not addressed in this letter, please contact Tracey Spruell-McMoore of my staff at (215) 861-4794.

Sincerely,

Patricia A. Lalor, Manager
Customer Relations Branch

PREVENTION: Did you know that most Medicare-covered preventive services are free? Find out how Medicare can help you stay healthy with an annual "Wellness Visit," and regular preventive screenings at www.medicare.gov, or at 1-800-MEDICARE

December 17, 2013

1301 Massachusetts Ave., NW
Apt. 109
Washington, DC 20005

U.S. Department of Health and Human Services
Center for Medicare and Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244-1850
Attention: Secretary Kathleen Sebelius

Dear Secretary Sebelius:

I am writing this letter pertaining to the services of two issues within the Center Medicare Services: first, the Regional (CMS) location in Philadelphia, Pennsylvania, and secondly, the location the location in Baltimore, Maryland.

First, the service at Baltimore, Maryland, is where my contact person was Wendi Braxton, a specialist in the office of Dan Schreiner, telephone number (410) 786-0630, and her manager Bellen Rodriguez, telephone number (410) 786-0543. When I contacted this office, I spoke with Ms. Braxton concerning the increase in cost of the medication September 12, 2013, and a personalized booklet of 2013 that was incorrect. However, she stated that she could address my concern, and later it was placed in the hands of Tracey Spruell-McMoore. Meanwhile, Ms. Braxton did not follow through on this, but has taken the time to address something that she was not doing. So, I recorded the information along with the letter that was sent out my Ms. McMoore. Moreover, a call was made to Ms. Rodriguez, Ms. Braxton's manager, as well as to Mr. Schreiner concerning Ms. Braxton's communication left on my voicemail not to contact them anymore on this issue about the drug cost. Therefore, the office will be of no help to me.

Secondly, the service in which Ms. McMoore addressed in the letter is nothing to what I have told her. When I asked her about the increase in medication she stated, the Plan did everything right for her to clarify it she was unable to answer again, the question was raised "Do you deal with this issue?" and she stated no. Nevertheless, about the Explanation of Benefits (EOB), she was talking about CMS which she gets every 3 months, along with this she was working along with Monica Black from the Advanced Resolution Center that works with Medicare regarding issue to be resolved. Now the personalized booklet in which a call to Medicare on September 23, 2013, I spoke with Barbara. I do hope that this call can be pulled. The reason for no one tried through several managers to inquire, but, after information was sent to the Advanced Resolution Center, somehow a Tom Hunter, supervisor, stated it was done by the Plan D MediCare First) and did not follow through. Yet, she gave her manager Patricia Lalor, Customer Service Manager, unable to follow-up on the information properly and stated she wrote

the letter (copy enclosed), not knowing her boss' complete name, stated Sebelius, address Washington and she was away at the time.

In the meantime, the issues that I asked for were not addressed with the two different CMS for service.  Hopefully, in the future calls can be recorded and listed to especially regarding communication made between customers and these employees (Ms. Braxton, Ms, Lalor and Ms. McMoore.)  According to Ms. McMoore, she can pull calls, but her calls are not being recorded.

Sincerely,


Annette Vanderhorst


Enclosure

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
150 S. Independence Mall West
Suite 216, The Public Ledger Building
Philadelphia, Pennsylvania 19106-3499



**Region III/Office of the Regional Administrator**

SWIFT: 020320141012

FEB 1 2 2014

Annette M. Vanderhorst
1301 Massachusetts Ave., NW
Apt. 109
Washington DC 20005-4115

Dear Ms. Vanderhorst:

Thank you for your letter to the Secretary of the Department of Health and Human Services, Kathleen Sebelius, regarding your concerns with the customer service you received from the Philadelphia Regional Office of the Centers for Medicare & Medicaid Services (CMS), and also the CMS location in Baltimore, Maryland. Your letter was referred to our agency, the Centers for Medicare & Medicaid Services Philadelphia Regional Office, for a response. CMS is the Federal agency responsible for administration of the Medicare and Medicaid programs.

In addition to the customer service issues, you have concerns about the increase in your prescription drug costs, and concerns with a publication you received called "2013 Personalized Medicare Plan Booklet". You state you never requested the booklet.

The CMS office in Baltimore provides service to all customers who contact their office for assistance; however, when detailed information is required to address specific issues, they oftentimes refer the customer to the Regional Office that serves the customer's geographic area. The Regional Office is prepared to work directly with the customer to provide more detailed responses and to assist further in responding to the customer's inquiry. In situations where customers make frequent contacts to either CMS Baltimore or the CMS Regional Office, a CMS single point of contact (POC) is provided to the customer. In your situation, Ms. Tracey Spruell-McMoore was assigned as your POC, so you can continue to receive consistent and accurate responses to your inquiries.

In reference to your concerns over the rising cost of your medications, please note that CMS does not set the price of prescription drugs as established under the Medicare Modernization Act of 2003. CMS establishes policies for paying health care providers, but does not control the price of prescription drugs on the American market. As you are aware, there are many factors that impact on the cost of prescription drugs in the free enterprise system, including the cost of research and development of new and improved medications. CMS is unable to assist you with this issue as it is out of our jurisdiction. We recommend you contact the Food and Drug Administration.

Regarding the booklet you received, we reviewed the document that you faxed to our office and found that it was sent from our 1-800-Medicare call center. The "2013 Personalized Medicare Plan Booklet" was requested by you during your call to 1-800-Medicare on September 23, 2013.

Page 2 – Ms. Vanderhorst

The information provided is a general comparison of the plans in your area with an estimated cost of your medications, if you were enrolled into their plans.

We hope this information is useful to you and consider this matter resolved with this letter. If you have any further questions about other subjects not addressed in this letter, please contact Tracey Spruell-McMoore of my staff at (215) 861-4794.

Sincerely,

for Nancy B. O'Connor
Regional Administrator

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
Suite 216, the Public Ledger Building
150 S. Independence Mall West
Philadelphia, PA 19106-3499



Region III Division of Medicare Health Plans Operations

April 10, 2014

Annette M. Vanderhorst
1301 Massachusetts Ave., NW
Apt. 109
Washington DC 20005-4115

Dear Ms. Vanderhorst:

Thank you for your inquiry to the Centers for Medicare and Medicaid Services (CMS) regarding your concerns with your Medicare Prescription Drug Plan with CareFirst, Inc., sponsored by Blue Cross and Blue Shield.

In reference to your concerns over the rising cost of your medications, please note that CMS does not set the price of prescription drugs as established under the Medicare Modernization Act of 2003. CMS establishes policies for paying health care providers, but does not control the price of prescription drugs on the American market. As you are aware, there are many factors that impact on the cost of prescription drugs in the free enterprise system, including the cost of research and development of new and improved medications. CMS is unable to assist you with this issue as it is out of our jurisdiction. **We recommend you contact the Food and Drug Administration.**

We hope this information is useful to you and consider this matter resolved with this letter. If you have any further questions about other subjects, please 1-800-MEDICARE.

Sincerely,

Tracey Spruell-McMoore
Health Insurance Specialist
(215) 861-4794

PREVENTION: Did you know that most Medicare-covered preventive services are free? Find out how Medicare can help you stay healthy with an annual "Wellness Visit," and regular preventive screenings at www.medicare.gov, or at 1-800-MEDICARE

Executive Inquiry Department
CareFirst BlueCross BlueShield
PO Box 8894
Baltimore, MD 21224



June 9, 2014

Ms. Annette Vanderhorst
1301 Massachusetts Ave. N.W.
Apartment 109
Washington, DC 20005

Dear Ms. Vanderhorst:

Mr. Arthur Slade from the DC Department of Insurance, Securities and Banking (DISB) asked me to take a look at the additional questions you posed to their office and to respond back you directly.

- Ms. Vanderhorst states that she has not received a response to her November 12, 2013 letter to Maria Tildon regarding her medication increase.

I have attached a copy of the letter dated December 13, 2013 that was sent in response to your November 12, 2013 letter.

- Ms. Vanderhorst is also seeking information on when Argus was replaced by CVS CareMark regarding her prescription benefits refills.

On January 1, 2014 CVS Caremark became CareFirst's new Pharmacy Benefits Manager and Mail-Order Provider. This information was provided in the Annual Notice of Change and Evidence of Coverage packet you would have received in September, 2013.

- Ms. Vanderhorst states she spoke with Shawn McCloud of CareFirst with no response.

Unfortunately Ms. McCleod did not remember speaking with you nor had a file on concerns. However, I did located documentation from CareFirst Medi-Care customer service and representatives from CMS had responded to you in writing. There is a Notice of Plan's Decision Regarding a Grievance dated 9/22/2014, a detailed letter from Medi-Care Membership Customer Service dated 2/28/2014 and a letter from Tracey Spruell-McMoore from CMS dated 4/10/2014. I have also enclosed these letters in this response. CMS considered this matter resolved with their letter dated April 10, 2014. You were advised if you have further questions about other subjects, to contact 1-800-MEDICARE.

Sincerely,

Wanda Lessner

Wanda Lessner
Director, Executive Inquiry

cc. Arthur Slade
Department of Insurance, Security and Banking

CareFirst BlueCross BlueShield is the shared business name of CareFirst of Maryland, Inc. and Group Hospitalization and Medical Services, Inc. which are independent licensees of the Blue Cross and Blue Shield Association. ® Registered trademark of the Blue Cross and Blue Shield Association. ®' Registered trademark of CareFirst of Maryland, Inc.

Executive Inquiry Department
CareFirst BlueCross BlueShield
PO Box 8894
Baltimore, MD 21224



December 18, 2013

Ms. Annette M. Vanderhorst
1301 Massachusetts Avenue
Apt 109
Washington, DC 2005

Dear Ms. Vanderhorst:

I am in receipt your letter dated November 12, 2013 addressed to Ms. Tildon regarding the issues with your MediCare First Prescription Drug coverage plan related to an increase of medication cost of September 12, 2013 and a personalized booklet that you received on October 3, 2013.

As I explained in my letter dated October 23, 2013 we agreed with you that there was an increase in the drug costs when you had your prescriptions filled in September at the Rite-Aid pharmacy. The information in the chart I had enclosed in my previous response was taken from the Explanation of Healthcare Benefits sent to you. It appears you are questioning some of that information in this chart.

I have enclosed copies of the Explanation of Benefits from 2013 that reflects the information in the chart enclosed in my previous response.

I hope this information answers your questions about how the pharmacy cost have been applied to your deductible and when, according to Argus's records, the cost for Synthroid and Prednisone (3 month supply) were increased.

Sincerely,

Wanda Lessner
Director, Executive Inquiry

Cc: Maria Tildon

CareFirst BlueCross BueShield is the shared business name of CareFirst of Maryland, Inc. and Group Hospita ization and Medical Services, Inc. which are independent licensees of the Blue Cross and Blue Shield Association. 'ᵉ Registered trademark of the Blue Cross and Blue Shield Association. ®' Registered trademark of CareFirst of Maryland, Inc.

November 12, 2013

1301 Massachusetts Ave., NW
Apt. 109
Washington, DC 20005

Mr. Chester E. Burrrell
President & CEO
CareFirst Blue Cross Blue Shield
10455 Mill Run Circle
Owings Mills, MD 21117-5559
Attention: Maria Tidon

Dear Ms. Tidon:

I am writing this letter regarding two issues pertaining to Plan D that is carried out by
Keith Glasscock, DirectorCustomer Service, at Argus Health Systems. The first issue
concerns an increase of medication cost on September 12, 2013. The second issue
concerns a booklet, which is personalized that came to me on October 3, 2013.

I took the time to follow-up about each issue. According to Mr. Glasscock and Sahar
Lewis from Blue Cross, both stated they do not know about the medication cost increase
or anything about it, it is the manufacturer and pharmacy. See the enclosed copy of the
letters dated September 16, 2013, and September 23, 2013. Because Ms. Lewis did not
address some information in the first letter, she added to the second letter what was
discussed. When I called customer service about the September 16, 2013, letter, the letter
was not present per Tiffany, Supervisor at Customer Service. I checked back with Ms.
Lewis and addressed what went on. Ms. Lewis stated she has the letter in her system. In
the meantime, Mr. Glasscock was supposed to get a copy of the September 16, 2013,
letter. Mr. Glasscock stated he did not get this letter, after I looked into this. (See the
enclosed copy of the September 16, 2013, letter and envelope, which show errors
pertaining to my mailing address.)

Meanwhile, Kimberly Tanner was following up about the medication cost increase in
which Wanda L. received a letter from Ms. Lewis for September 16, 2013. Ms. Tanner
was unable to tell me what building she worked in when I asked her this question and she
kept me on the telephone for 30 to 40 minutes when I asked for her supervisor, who is
Wanda L. I did get a chance to talk with Wanda L. and indicated that Ms. Tanner needs
some in service due to Ms. Tanner's response and that I did not want to talk to Ms.
Tanner for any more follow-up regarding the issue.

In addition, the letter of Wanda L. stated she was waiting for all Explanation of Benefits
(EOB) on how to respond. I have copies of all EOB that came to me. I will need for
Wanda L. to explain dated July 3 and August 4 to me. According to the manufacturer
Abbott and Qualitest, Abbott drug cost increased January 2013 and Qualitest drug cost

increased August 22, 2013. The manufacturer works with the insurance and retailers as to how their product is being distributed as a wholesale, but they have nothing to do with an individual's drug cost increase. It goes back to insurance and retailers.

Someone from the enrollment plan of Plan D Medicare told me that not many will reach the deductible and no indication of the deductible being to be increase. I was also told that I will still be in the plan whether the deductible is met or not. There are some who will meet the deductible and this is where the medication will be a little less expensive.

This letter sent by Wanda L. I do not agree with her follow-up in addressing it. The chart shows January 15, 2013, of $5.40 increase of Prednisone in which I have that EOB showing. Since then the Prednisone remained $3.51, and the Synthroid no EOB showing until September 12, 2013, when I purchased my medication. There was no prior EOB or letter as to that drug cost increase.

I would like to know the policy for MediCare First Medicare Prescription Drug coverage (Part D) for 2013. Mr. Glasscock did not follow-up with his staff in Argus, but the letter now has Pamela Kadur as stated calling Rite Aid leaving a message and no return call. Now Sakar Platel called me on November 11, 2013, at 2:25 pm, regarding the follow-up on Pamela Kadur of Argus. He spoke with Christy L. at Argus, a Pharmaceutical Claim Manager, did not give out location but do not know the person. Now Patel only deals with billing of the Plan and letter regarding Les working at Rite Aid, there is no one by that name and no call message was left because no call came through. Nevertheless, Patel is willing to answer any further questions if needed as to Pamela Kadur cost increase and what they do only is billing of the Plan.

Furthermore, in receiving the booklet, in which it was addressed wrong with the store number and medication with generic also dosage. See enclosed copy of the booklet. A call was made to Center Medicare Service. According to Medicare, they will forward the information I gave them to the Advance Resolution Center that works with them in trying to resolve the issues. The person I spoke with was a Tom Hunter, Advance Resolution Center Supervisor on October 7, 2013. Mr. Hunter mentioned it is your Plan that did the booklet and to find out who did the booklet. Now there is Tracy Spirell McMoore from Center Medicare Service is following up on this. She is located in the regional office in Philadelphia.

Finally, I would like to address Katrina McCain, Consumer Direct Customer Service Representative, Escalated Issue, for continuing her professionalism and caring in the service of the company. If anyone needs to have a picture on the wall for employee of the month, providing excellent customer service, or advertising your company, let it be her, such a reliable employee.

Ms. McCain and I were talking when an e-mail came across to her about a conference call to take place on October 17, 2013, at 2:00 pm.  Staff members Kimberly Tanner and Sahar Lewis both from Blue Cross Blue Shield and the other staff member Connie Brannar, Team Leader of Medicare-First, Assistant to Mr. Glasscock were to participate in the conference call, in which I was not informed as a customer.  It was unfair to Ms. McCain to have to tell me about the conference call, since she was not to be a participant. The employees of both companies did not take the time to address the customer properly as to a conference call.

Sincerely,


Annette Vanderhorst

Executive Inquiry Department
CareFirst BlueCross BlueShield
PO Box 8894
Baltimore, MD 21224



October 23, 2013

Ms. Annette M. Vanderhorst
1301 Massachusetts Avenue
Apt 109
Washington, DC 2005

Dear Ms. Vanderhorst:

During the telephone conversation between you, Keith Glasscock, Director Customer Service at Argus Health Systems and myself, you asked me to communicate in writing all of the issues that we had discussed. You also asked me to review all of the Explanations of Benefits (EOB) from Medi-CareFirst for your Medicare prescription drug coverage (Part D) for 2013.

I apologize for the delay in sending the follow up letter. I was waiting for the copies of all of the Explanation of Benefits sent to you in 2013. The Explanation of Benefit is mailed the month following the purchase. The information contained in these Explanations of Benefits matches the enclosed chart showing the dates when your prescriptions were filled, what you paid for the prescriptions and how it was applied to your deductible.

As of September 12, 2013, $238.20 had been applied to your deductible. That means an additional $11.80 needs to be applied to your deductible before you have satisfied the $250 annual deductible. As communicated in the letters dated September 16, 2013 and September 23, 2013, your pharmacy benefits have been applied correctly and you are not due a refund.

As we reviewed your records, we agreed with you that there was an increase in the drug costs when you had your prescriptions filled in September at the Rite-Aid pharmacy.

- Prior to September, 2013 the cost for brand name Synthroid medication was $63.63 but starting in September 2013 the cost for Synthroid was $68.46. This was an increase of $4.83 for a 90 day supply of the medication.

- Prior to September 2013, the cost for the brand name Prednisone was $5.40 but starting in September 2013 the cost for Prednisone was $9.90 at the Rite-Aid pharmacy. This was an increase of $4.50 for a 90 day supply of the medication.

You had asked CareFirst and Argus to inform you when the cost for Synthroid and Prednisone dispensed by Rite Aid had increased. We have explained that neither CareFirst nor Argus have access to the exact date of the increase in the cost for the medication. The allowed amount for each drug is based on the

CareFirst BlueCross BlueShield is the shared business name of CareFirst of Maryland, Inc. and Group Hospitalization and Medical Services, Inc. which are independent licensees of the Blue Cross and Blue Shield Association. ® Registered trademark of the Blue Cross and Blue Shield Association. ®' Registered trademark of CareFirst of Maryland, Inc.

manufacturer/wholesaler's price and any discount agreed upon by the pharmacy and the insurance plan (or Argus).

In an attempt to answer your question what was the exact date the cost for the Synthroid and Prednisone prescriptions increased at the Rite-Aid Pharmacy, both representatives from CareFirst and Argus contacted the Rite-Aid store where you have your prescriptions filled. In our conversation you asked for the names of the people we spoke to at Rite-Aid. We spoke with Mike Richards and Les at the Rite-Aid store. Pamela Kaduce from Argus also left messages for the district office manager of the Rite-Aid pharmacy but did not receive a call back from his office. No one that we spoke to at the Pharmacy was able to give the exact date of the increase.

Since we were unable to get the requested information from Rite-Aid, Argus reviewed their system to identify other members who had prescriptions for Synthroid and Prednisone filled at the Rite –Aid pharmacy to identify when the cost changed for both of these drugs (3 month supply).  As we communicated in our telephone conversation, according to our records the cost for Synthorid increased to $68.46 on July 3, 2013. The cost for Prednisone changed to $9.90 on August 4, 2013. This matches the amount you paid when you had the prescriptions filled on September 12, 2013.

During our telephone conversation we  discussed ways to lower your out of pocket expenses:  having your prescriptions filled by another pharmacy which may charge a lower price or after speaking with your provider, to see if the generic version of the drug would be appropriate for  you. At the time we spoke, you were not interested in pursuing either of these options.

I hope this information answers your questions about how the pharmacy cost have been applied to your deductible and when, according to Argus's records, the cost for Synthroid and Prednisone (3 month supply) were increased.

Sincerely,

Wanda Lessner
Director, Executive Inquiry

| Claim Number | Days Supply | Date Filled | Copay (member cost) | Total Cost | Total Paid (Plan Cost) | Brand Name | Generic Name | Dosage Strength | Dosage Form Description | Applied to Deductible | Deductible Accumulator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13418382211 | 90 | 1/18/2013 | $63.63 | $63.63 | $0.00 | SYNTHROID | LEVOTHYROXINE SODIUM | 88 MCG | TABLET | $63.63 | $63.63 |
| 13415355927 | 90 | 1/15/2013 | $5.40 | $5.40 | $0.00 | PREDNISONE | PREDNISONE | 5 MG | TABLET | $5.40 | $69.03 |
| 13502677300 | 30 | 4/12/2013 | $23.67 | $23.67 | $0.00 | SYNTHROID | LEVOTHYROXINE SODIUM | 88 MCG | TABLET | $23.67 | $92.70 |
| 13571019516 | 90 | 6/20/2013 | $3.51 | $3.51 | $0.00 | PREDNISONE | PREDNISONE | 5 MG | TABLET | $3.51 | $96.21 |
| 13571352057 | 90 | 6/20/2013 | $63.63 | $63.63 | $0.00 | SYNTHROID | LEVOTHYROXINE SODIUM | 88 MCG | TABLET | $63.63 | $159.84 |
| 13655677879 | 90 | 9/12/2013 | $9.90 | $9.90 | $0.00 | PREDNISONE | PREDNISONE | 5 MG | TABLET | $9.90 | $169.74 |
| 13655185088 | 90 | 9/12/2013 | $68.46 | $68.46 | $0.00 | SYNTHROID | LEVOTHYROXINE SODIUM | 88 MCG | TABLET | $68.46 | $238.20 |

$238.20

Customer Number IN 303 AND Date Filled BETWEEN 2013-01-01 AND 2013-10-16 AND Member ID IN '000000098814D93101' and "Claim Status Code" in ( 10 , 11 )

# Medi-CareFirst
## BlueCross BlueShield

**Mail to:**
Medicare Prescription Drug Plan ∘ Enrollment Center ∘ c/o CGI
P.O. Box 2668 ∘ Fort Worth, TX 76113

### MEDICARE PRESCRIPTION DRUG PLAN INDIVIDUAL ENROLLMENT FORM

Please Keep Yellow Copy For Your Records
Instructions located on back of this application

Please contact Medi-CareFirst if you need
information in another format **(large print)**.

```
1SUA6H-1F118FP-8354-1IRX
```

MRX   KIT
H00/000

111A5T
8354

ANNETTE M VANDERHORST
1301 MASSACHUSETTS AVE NW
APT 109
WASHINGTON, DC 20005-4115

428000000177638
166000000050463/8

---

### 1. To Enroll in Medi-CareFirst BlueCross BlueShield (Medi-CareFirst), Please Provide the Following Information:

Please check which plan you want to enroll in: (fill one oval below)

- ● BlueRx Standard (PDP) $87.10 per month
- ○ BlueRx Enhanced (PDP) $131.80 per month

| Mr. | Mrs. | Ms. ● | **LAST Name** | **FIRST Name** | **MI** |
|-----|------|-------|---------------|----------------|--------|
| | | | VANDERHORST | ANNETTE | M |

**Birth Date:** 05/04/1947     **Home Phone Number:** 202-638-6752     **Alternate Phone Number:**

**Sex:** M ● F

**Permanent Residence Street Address (P.O. Box is not allowed):** 1301 MASSACHUSETTS AVE NW 109

**City:** WASHINGTON DC     **State:**     **Zip Code:** 20005

**Mailing Address (only if different from your Permanent Residence Address):**

**City:**     **State:**     **Zip Code:**

---

### 2. Please Provide Your Medicare Insurance Information

Please take out your Medicare card to complete this section.

- ∘ Please fill in these blanks so they match your red, white and blue Medicare card

—OR—

- ∘ Attach a copy of your Medicare card or your letter from Social Security or the Railroad Retirement Board.

You must have Medicare Part A or Part B (or both) to join a Medicare Prescription Drug Plan.

#### MEDICARE HEALTH INSURANCE

**LAST Name** VANDERHORST

**FIRST Name** ANNETTE     **MI** M     **Sex:** M ● F

**Medicare Claim Number** 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-A

**Is Entitled To:**     **Effective Date(s):**

HOSPITAL (Part A)   05/01/2012
                    M M / D D / Y Y Y Y

MEDICAL (Part B)    05/01/2012
                    M M / D D / Y Y Y Y

---

Medi-CareFirst BlueCross BlueShield is the business name of First Care, Inc., and is an independent licensee of the Blue Cross and Blue Shield Association. ® Registered trademark of the Blue Cross and Blue Shield Association. ®' Registered trademark of CareFirst of Maryland, Inc.

S5766_MCFapp2012 CMS Approved 9/21/2011

2. Are you a resident in a long-term care facility, such as a nursing home?   Yes   ☒ No
   If "Yes," please provide the following information:

Name of Institution:

Address:

City:                                    State:   Zip Code:            Phone Number:

---

**Please check this box if you would prefer that we send you information in large print format.** ☐

Please contact Medi-CareFirst at 888-784-0790 if you need information in another format than what is listed above. TTY users should call 888-784-0868. Our office hours are 8 a.m. – 8 p.m., 7 days a week.

---

| 5. Please Read This Important Information |
| --- |

 If you are a member of a Medicare Advantage plan (like an HMO or PPO), you may already have prescription drug coverage from your Medicare Advantage Plan that will meet your needs. By joining Medi-CareFirst BlueCross BlueShield (Medi-CareFirst), your membership in your Medicare Advantage plan may end. This will affect both your doctor and hospital coverage as well as your prescription drug coverage. Read the information that your Medicare Advantage plan sends you and if you have questions, contact your Medicare Advantage plan.

 If you currently have health coverage from an employer or union, joining Medi-CareFirst could affect your employer or union health benefits. You could lose your employer or union health coverage if you join Medi-CareFirst. Read the communications your employer or union sends you. If you have questions, visit their website, or contact the office listed in their communications. If there isn't information on whom to contact, your benefits administrator or the office that answers questions about your coverage can help.

---

| 6. Please Read and Sign Last Page |
| --- |

I understand that if I leave this plan and don't have or get other Medicare prescription drug coverage or creditable prescription drug coverage (as good as Medicare's), I may have to pay a late enrollment penalty in addition to my premium for Medicare prescription drug coverage in the future.

I understand that if I am getting assistance from a sales agent or other individual employed by or contracted with Medi-CareFirst, he/she may be paid based on my enrollment in Medi-CareFirst.

Counseling services may be available in my state to provide advice concerning Medicare supplement insurance or other Medicare Advantage or prescription drug plan options, medical assistance through the state Medicaid program and the Medicare Savings Program.

<u>By completing this enrollment application, I agree to the following:</u>

Medi-CareFirst BlueCross BlueShield (Medi-CareFirst) is a Medicare drug plan and has a contract with the Federal government. I understand that this prescription drug coverage is in addition to my coverage under Medicare; therefore, I will need to keep my Medicare Part A or Part B coverage. It is my responsibility to inform Medi-CareFirst of any prescription drug coverage that I have or may get in the future. I can only be in one Medicare prescription drug plan at a time. If I am currently in a Medicare prescription drug plan, my enrollment in Medi-CareFirst will end that enrollment. Enrollment in this plan is generally for the entire year.

*(Continued on next page)*

### 3. Paying for Plan Premium

You can pay your monthly plan premium (including any late enrollment penalty you may owe) by mail or by Electronic Funds Transfer (EFT) through Medi-CareFirst's Easy Pay program each month. You can also choose to pay your premium by automatic deduction from your Social Security or Railroad Retirement Board benefit check each month. If you are assessed a Part D-Income Related Monthly Adjustment Amount (IRMAA), you will be notified by the Social Security Administration. You will be responsible for paying this extra amount in addition to your plan premium. You will either have the amount withheld from your Social Security or Railroad Retirement Board benefit check or be billed directly by Medicare. Do NOT pay the Part D-IRMAA extra amount to Medi-CareFirst.

People with limited incomes may qualify for extra help to pay for their prescription drug costs. If you qualify, Medicare could pay for 75% or more of your drug costs including monthly prescription drug premiums, annual deductibles and co-insurance. Additionally, those who qualify won't have a coverage gap or a late enrollment penalty. Many people are eligible for these savings and don't even know it. For more information about this extra help, contact your local Social Security office or call Social Security at 1-800-772-1213. TTY users should call 1-800-325-0778. You can also apply for extra help online at **www.socialsecurity.gov/prescriptionhelp.**

If you qualify for extra help with your Medicare prescription drug coverage costs, Medicare will pay all or part of your plan premium. If Medicare pays only a portion of this premium, we will bill you for the amount that Medicare doesn't cover.

**Please select a premium payment option:**
(If you don't select a payment option, you will receive a bill each month.)

- Receive a bill (monthly)

  Electronic Funds Transfer (EFT) from your bank account each month. The Electronic Funds Transfer form will be sent to you once your enrollment is confirmed.

  Automatic deduction from your monthly Social Security/Railroad Retirement Board benefit check.  (The Social Security/Railroad Retirement Board deduction may take two or more months to begin.  In most cases, if Social Security/the Railroad Retirement Board accepts your request for automatic deduction, the first deduction from your Social Security/Railroad Retirement Board benefit check will include all premiums due from your enrollment effective date up to the point withholding begins.  If Social Security/the Railroad Retirement Board does not approve your request for automatic deduction, we will send you a paper bill for your monthly premiums.)

### 4. Please Answer the Following Questions

1. Some individuals may have other drug coverage, including other private insurance, TRICARE, federal employee health benefits coverage, VA benefits or state pharmaceutical assistance programs.

   Will you have other <u>prescription</u> drug coverage in addition to Medi-CareFirst?     Yes ⬅ No

   If "Yes," please list your coverage, identification (ID) number(s) for this coverage and the dates of coverage:

   Name of other coverage:

   ID # for this coverage:                              Group # for this coverage:

   Dates of coverage:
   Start:                              End:
   (If you are still covered under the other policy, leave the End Date blank.)

   *(Continued on next page)*

Once I enroll, I may leave this plan or make changes if an enrollment period is available, generally during the Annual Enrollment Period (October 15 – December 7), unless I qualify for certain special circumstances.

Medi-CareFirst serves a specific service area (MD, DC, DE). If I move out of the area that Medi-CareFirst serves, I need to notify the plan so I can disenroll and find a new plan in my new area. I understand that I must use network pharmacies, except in an emergency when I cannot reasonably use Medi-CareFirst network pharmacies. Once I am a member of Medi-CareFirst, I have the right to appeal plan decisions about payment or services if I disagree. I will read the Evidence of Coverage document from Medi-CareFirst when I get it to know which rules I must follow to get coverage.

## Release of Information

By joining this Medicare prescription drug plan, I acknowledge that Medi-CareFirst will release my information to Medicare and other plans as is necessary for treatment, payment and health care operations. I also acknowledge that Medi-CareFirst will release my information, including my prescription drug event data, to Medicare, who may release it for research and other purposes which follow all applicable Federal statutes and regulations. The information on this enrollment form is correct to the best of my knowledge. I understand that if I intentionally provide false information on this form, I will be disenrolled from the plan.

I understand that my signature (or the signature of the person authorized to act on my behalf under State law where I live) on this application means that I have read and understand the contents of this application. If signed by an authorized individual (as described above), this signature certifies that: 1) this person is authorized under State law to complete this enrollment and 2) documentation of this authority is available upon request by Medicare.

Your Signature:                                                                          Today's Date:

*Grantta M. Vanderhorst*                                                  0 4  1 7  2 0 1 4

If you are the authorized representative, you must sign above and provide the following information:

**LAST Name**                                        **FIRST Name**                                        **MI**

**Address:**

**City:**                                                                                          **State:**   **Zip Code:**

**Phone Number:**                            **Relationship to Enrollee:**

---

### Medicare Prescription Drug Plan Use Only:

**Plan ID #:**                                        **Effective Date of Coverage:**       **IEP:**   **AEP:**   **SEP (type):**

**Name of Plan Representative:**

PLEASE KEEP YELLOW COPY FOR YOUR RECORDS
Instructions located on back of this application

Medicare Prescription Drug Plan Enrollment Center
c/o CGI, Inc.
P.O. Box 2668
Fort Worth, TX 76113



February 28, 2014

Annette Vanderhorst
1301 Massachusetts Ave. N.W.
Apt. 109
Washington, DC 20005

Member ID Number: 998140931
Case Number: C1402345238

Dear Annette Vanderhorst:

This letter is in response to your complaint that you filed with 1-800-MEDICARE on February 21, 2014,
requesting that the plan provide an explanation regarding the price fluctuation for the drugs Prednisone 5 mg
tablets and Synthroid 88 mcg tablets during the calendar year of 2013.

Based upon our review, it was previously communicated to you by Medi-CareFirst BlueCross BlueShield
(Medi-CareFirst), BlueRx (PDP) in writing on September 23, 2013, that as a result of another complaint that
was filed, you experienced price differences due to an increase in the manufacturers pricing for the drugs
Prednisone 5 mg tablets and Synthroid 88 mcg tablets, as well as the fact that several of the claims in 2013 were
applied towards your deductible, later taking the applicable copayments according to your 2013 Standard
BlueRx benefits structure. In 2013, the drug Synthroid 88 mcg tablets was a tier 4 medication, which means
after your $250.00 deductible was satisfied, the drug Synthroid 88 mcg tablets would have been covered with a
member copayment of 37% of the allowed/ contracted/ negotiated rate that was established between the
insurance company and the network pharmacy, for a 90 day supply. In 2013, members were able to receive a
90-day supply of drugs for 2 1/2 times the monthly copay at a retail network pharmacy. In 2013, the drug
Prednisone 5 mg tablets was a preferred generic medication, which after your $250.00 BlueRx Standard
deductible was satisfied, the drug Prednisone 5 mg tablets would have been covered with a member copayment
of $12.50 for a 34 day supply or 2 1/2 times that amount for a 90 day supply.  Within our review, in terms of the
manufacturers increase to prices, they don't tell insurance companies when the price of the medications
decrease or increase. Pharmacies may not be aware of these changes either; however, regardless of the price
changes, pharmacies access their own price that they want to charge for medications before a drug claim is
processed with any insurance company. It was also explained that network pharmacies despite their own pricing
for medications, can only bill you for the allowable/ contracted/ negotiated rate according to your benefit
deductibles, copayments and coinsurances. For future reference, you have a right to ask your physician to
request a "coverage determination" for a "tiering exception" which means you would be asking to pay a lower
preferred price for a covered non-preferred brand drug (Synthroid 88 mcg tablets). If the tiering exception is
denied, your next step is to request an appeal based upon the coverage determination denial for the tiering
exception.  According to your 2013 benefits, the drug Prednisone 5 mg tablets is a preferred generic and you

Medi-CareFirst BlueCross BlueShield is the business name of First Care, Inc. and is an independent licensee of the Blue
Cross and Blue Shield Association. ® Registered trademark of the Blue Cross and Blue Shield Association.
®' Registered trademark of CareFirst of Maryland, Inc.

would have received this drug at the lowest preferred generic copay, prior to satisfying your $250.00 deductible; therefore, a tiering exception would not apply. For more details about the exception processes, please refer to your most current versions of the "2014 Annual Notice of Change and Evidence of Coverage" materials that you would have received back in September 2013. We are sending you another copy of your "2014 Annual Notice of Change and Evidence of Coverage", so that you can become more familiar with your 2014 Benefit Changes and plan/ member policies and rights. We are also sending you copies of your Explanation of Benefits (EOBs) for the calendar year 2013.

Our records indicate that on February 21, 2014 you filed a complaint with 1-800-MEDICARE, Centers for Medicare & Medicaid Services, (CMS) which was received by the plan on February 21, 2014.

On February 21, 2014 the plan called you several times during the day; however, was unsuccessful. Voicemail messages were left each time you were contacted.

On February 21, 2014 you also left several messages on Analyst, Tuesday Ferrells' voicemail; however, your attempts were unsuccessful.

On February 24, 2014, Tuesday Ferrell contacted the member at 9:27 a.m. The call duration lasted 2 hours, concluding at 11:24 a.m.

On February 24, 2014 you indicated that you were concerned about the cost of Prednisone 5 mg tablets and Synthroid 88 mcg tablets fluctuation in price that occurred during 2013. You asked was the call recorded and the analyst responded that the call was not recorded and that her complaint reached an area in the company that does not take customer calls or speak to members unless under special circumstances which her complaint was a special circumstance. You stated in summary, that you did not like that the call would not be recorded in case you needed to refer to the conversation and exchange of information because there would be no recording to reference. You advised that the analyst should have her hours of operation on the voicemail, so that you could know when to reach her. The analyst advised that her hours fluctuate and she would not be at liberty to indicate any specified hours on her voicemail. The analyst reiterated that she made several attempts to contact the member and that several voice messages were left for you each time. The analyst acknowledged receiving calls and voicemail messages from the member on February 21, 2014.

On February 24, 2014, the plan pulled a claims report which captured all claims processed for the calendar year of 2013. The analyst went through each claim to explain and educate you on how the claims were processed on the dates of service covering the drug cost, allowable/ contracted/ negotiated rates, amounts applied towards your deductible and benefits for 2013. The analyst explained each claim line by line. The analyst explained the following claims details to you:

1. On 1/15/13, Prednisone 5 mg tablets was filled at the network pharmacy, 90 day supply, the usual and customary cost was $89.99, the allowable amount was $5.40, $5.40 was the member responsibility and also applied toward the $250.00 deductible.
2. On 1/18/13, Synthroid 88 mcg tablets was filled at the network pharmacy, 90 day supply, the usual and customary cost was $99.99 and the allowable amount was $63.63, $63.63 was the member responsibility and also applied towards the deductible.
3. On 4/12/13, Synthroid 88 mcg tablets was filled at the network pharmacy, 30 day supply, the usual and customary cost was $44.99 and the allowable amount was $22.42, $23.67 was the member responsibility and 23.67 was applied towards the deductible.
4. On 6/20/13, Prednisone 5 mg tablets was filled at the network pharmacy, 90 day supply, the usual and customary cost was $89.99 and the allowable amount was $3.51, the member responsibility was $3.51 and $3.51 was applied towards the deductible.

5. On 6/20/13, Synthroid 88 mcg tablets was filled at the network pharmacy, 90 day supply, the usual and customary cost was $99.99 and the allowable amount was $63.63, the member responsibility was $63.63 and $63.63 was applied towards the deductible.
6. On 9/12/13, Prednisone 5 mg tablets was filled at the network pharmacy, 90 day supply, the usual and customary cost was $89.99, the allowable amount was $9.90, the member responsibility was $9.90, and $9.90 was also applied towards the deductible.

During the explanation of claims details, you began to confuse the facts of the claims and applied amounts, and continued to express your frustration with the fluctuation of the cost of the drugs you purchased in 2013 as well as mentioning all of the people that you worked with at the plan and at CMS to get your concerns addressed. The analyst further continued to summarize the last two claims which she was unable to fully express, due to your frustration and concerns that someone should be accountable for notifying you when manufacturers increase the cost of drugs. The analyst explained that manufacturers don't tell insurance companies when the price of the medications decrease or increase. Pharmacies may not be aware of these changes either; however, regardless of the price changes pharmacies access their own price that they want to charge for medications before a drug claim is processed with any insurance company. The analyst further explained that network pharmacies despite their own pricing for medications, can only bill you for the allowable/ contracted/ negotiated rate according to your benefit deductibles, copayments and coinsurances.

You continued to be frustrated and asked about Argus contacts (2013 Pharmacy Benefits Administrator, Keith Glasscock (Director of customer service, and Connie Brennan, call center supervisor). The analyst acknowledged the prior plan contacts and familiarity with prior complaints filed through 1-800-MEDICARE and that this complaint was being handled in a dedicated manner to address her concerns about her claims. You asked what department she represented and she explained the "Program Management Department", who deals first hand with CMS regarding member complaints as they oversee and manage the entire program and all of its operations. The analyst advised beginning January 1, 2014, the Pharmacy Benefits Administrator changed from Argus to CVS Caremark and that this information would have been provided in the Annual Notice of Change and Evidence of Coverage packet you would have received in September, 2013. You said you received the packet and the member handbook. The analyst advised that she would have to send the information (2014 Annual Notice of Change and Evidence of Coverage) out again for your reference, along with Explanation of Benefits for your 2013 claims that were discussed on February 24, 2014. You then said (in summary) that you were not aware of the PBM change. You asked if the analyst had access to the conversations about the prior complaint with Tracey Spruell- Moore. You were advised that the plan did have the resolution letter furnished by Tracey Spruell- Moore and Patricia Lalor that was sent to you back on November 26, 2013. You asked where you should send complaints in writing. For 2014, you were given the address for CVS Caremark Complaints about benefits, drugs and/ or claims "Medicare Part D Grievances Department", c/o CVS Caremark, P.O. Box 53991 MC121, Phoenix, AZ 85072-3991". You asked for the analyst supervisor information. The analyst advised you that her name is Valerie Watkins, Medicare Part D Program Manager. You asked if you could have Valerie's phone number, the analyst advised that she was not at liberty to share that information; however, you did have her (the analyst) information. You asked for Valerie's address so you could write in about the call today. The analyst provided the address 10455 Mill Run Circle, Mail-stop 360, Owings Mills, MD 21117.

The analyst communicated that the last claim on 12/12/13 for Synthroid 88 mcg tablets, processed with a $25.33 copay because in 2013, Synthroid 88 mcg tablets was a tier 4, non-preferred brand, 90 day supply, covered at 37% of the allowed amount of $68.46, which is why she paid $25.33. The analyst explained that you previously satisfied the deductible on the claim prior, when Prednisone 5 mg tablets was also filled on 12/12/13.

You indicated that this information could not be correct in that the pharmacy was only charging you $63.00 for both drugs (Synthroid and Prednisone). The analyst explained that if that was the case, she would not be able to say why the pharmacy would process the claims which were processed correctly and then allow you to pay a different amount other than what the insurance company provided on the claim. Throughout the discussion of

the analyst explaining the details of the claims, and unfortunately because your concerns were not being answered in a way that was suitable to you, the analyst advised that she would be happy to provide all of the details in writing, explaining the discussion and sending you all of the required reference materials including 2013 EOBs, 2014 Standard Annual Notice of Change and Evidence of Coverage. You agreed to the analysts' approach. The analyst also advised that she would contact the CMS representative Tracey Spruell-Moore to advise that we received your complaint, to further support the complaint issues and concerns.

Based upon our records regarding your claims, it was determined that the manufacturers increase affected your drug cost for the drug Synthroid 88 mcg tablets on September 12, 2013 and December 12, 2013 because the usual and customary rate increased from $99.99 to $107.99, which changed the allowable amount from roughly $63.63 for 90 day supply to $68.46. As a result of the manufacturers increase for the drug Synthroid 88 mcg tablets in September 2013 and December 2013, you paid an additional $4.83 for the drugs. Another note to consider, for the drug Synthroid 88mcg tablets, 30 day supply which was purchased on April 12, 2013, the usual and customary rate was $44.99, the pharmacy accessed a $0.00 price, and the insurance allowed $22.42, which $23.67 was applied to the deductible and was your copay amount for the drug. In this case the manufacturer decreased the usual and customary, and the pharmacy accessed a $0.00 price.

Based upon our records regarding your claims, it was determined that the manufacturers increase affected your drug cost for the drug Prednisone 5 mg tablets on December 12, 2013 because the usual and customary rate increased from $89.99 to $101.99, which changed the allowable amount (negotiated/ contracted rate established between the insurance company and the pharmacy) from $9.90 to $27.90. However, these changes in price were also affected and driven based upon the network pharmacies price of the drug throughout the 2013 year from $7.61 in January, $4.68 in June, $40.29 in September and $40.29 in December. These pricing allowances were also significantly less than the usual and customary rate set forth by the manufacturer on each claim for Prednisone 5 mg tablets during 2013.

In 2013, the drug Synthroid 88 mcg tablets was a tier 4 medication, which means after your $250.00 deductible is satisfied, the drug Synthroid 88 mcg tablets would been covered with a member copayment 37% of the allowed/ contracted/ negotiated rate that was established between the insurance company and the network pharmacy, for a 90 day supply. In 2013, members received a 90-day supply of drugs for 2 1/2 times the monthly copay at a retail network pharmacy. In 2013 the drug Prednisone 5 mg tablets was a preferred generic medication, which after your $250.00 BlueRx Standard deductible is satisfied, the drug Prednisone 5 mg tablets would have been covered with a member copayment of $12.50 for a 34 day supply or 2 1/2 times that amount for a 90 day supply.

Manufactures don't tell insurance companies when the price of the medications decrease or increase. Pharmacies may not be aware of these changes either; however, regardless of the price changes pharmacies access their own price that they want to charge for medications before a drug claim is processed with any insurance company. It was also explained that network pharmacies despite their own pricing for medications, can only bill you for the allowable/ contracted/ negotiated rate according to your benefit deductibles, copayments and coinsurances.

For future reference, you have a right to ask your physician to request a "coverage determination" for a "tiering exception" which means you would be asking to pay a lower preferred price for a covered non-preferred brand drug (Synthroid 88 mcg tablets). If the tiering exception is denied, your next step is to request an appeal based upon the coverage determination denial for the tiering exception. According to your 2013 benefits, the drug Prednisone 5 mg tablets is a preferred generic and you would have received this drug at the lowest preferred generic copay, prior to satisfying your $250.00 deductible; therefore, a tiering exception would not apply. For more details about these exceptions, please refer to your most current versions of the "2014 Annual Notice of Change and Evidence of Coverage" materials that you would have received in September 2013.

If you have any questions, please contact Claims Customer Service at 1-855-893-8539. Calls to this number are free, 24 hours a day, 7 days a week. TTY users should call 711.

Sincerely,

Medi-CareFirst BlueCross BlueShield
Membership Customer Service

Medi-CareFirst BlueCross BlueShield is a PDP plan with a Medicare contract. Enrollment in Medi-CareFirst BlueCross BlueShield depends on contract renewal.

S5766_MCF0225_2014a_Accepted                                MCF0225 (10/13)

March 26, 2014

1301 Massachusetts Avenue NW
Apt. 109
Washington, DC 20005

Shawn McLeod, Senior Director
CareFirst Blue Cross Blue Shield Corp.
10453 Mill Run Cir.
Owings Mills, MD 21117

Dear Mr. McLeod:

I am writing this letter regarding a complaint about my medication to be on file for Blue
Cross Blue Shield. On March 12, 2014, a call was made at this telephone number 1-800-
722-2467 and Atiara answered it from Kansas. Nonetheless, I wanted it the complaint
department for Blue Cross Blue Shield. When I got transferred to the complaint
department, therefore I asked again is this the complaint department. According to
Candice she stated yes it was the complaint department and she noticed that I have a lot
of complaints in the system. Therefore, she was informed about the medication. So I
asked to speak with a supervisor in which I had a hard time before she would transfer me
to a supervisor. Finally she kept saying whatever you tell her it will come back to me to
investigate. However, the customer service supervisor Stacey Scribbin came to the phone
and I told her regarding my medication.

When I called on March 11, 2014, at Rite Aid Pharmacy per pharmacist that the
medication Synthroid and Prednisone, the pharmacist said something about maintenance
and non maintenance and supply would be 34 days.

On March 13, 2014, I received a call back from Candice. She stated she spoke with
someone from Rite Aid. When I asked who she spoke with, she could not address the
name. So, she did a three-way call to Rite Aid Pharmacy. Upon that call we then
communicated to Mike the pharmacist. Through that communication, we learned that she
did not talk to a pharmacist about my medication. She spoke with a tech at Rite Aid
Pharmacy, which is a violation of customer privacy. She did not try to listen to me when
I told her that she did something wrong by speaking with a tech instead of a pharmacist.
She did not like what I said and mentioned that I have no right to disrespect her. She
stated that she would hang up and no one informed her who she should communicate
with. This issue was presented to her supervisor Stacey Scribbin. Again, Stacey Scribbin
stated she would appoint someone to follow up on this issue on March 17, 2014.

Later, a call came through from Vicky, Customer Service Supervisor, of Blue Cross Blue
Shield as a follow up assisting Stacey Scribbin, supervisor regarding the medication.

Vicky stated it is in two parts, to it because the medication was override March 12, 2014, by Blue Cross Blue Shield pharmacy management and another e-mail was sent. She could not answer me. I explained to her CVS Caremark was following up on this matter by Jonathan White a manager from Nashville, Tennessee, in which an appeal form was sent to by provider before that medication can continue for a ninety day supply instead of 34 days according to the maintenance or non maintenance of the drug.

According to Stacey, supervisor, there was no answer on how this override took place. When I asked to speak to or send an email to Shawn McLeod, Senior Director of Customer Service, Stacey said you must go through the chain of command. Therefore, Andy, a manager, called on March 19, 2014, and stated the medication for 1 month supply of 34 days, nothing about the list of medication and how the override came about. I asked how the override came about. I told him when he gets more information we can communicate and he can call me back then. He said okay. Per our conversation, Stacey Scribbin gave Andy the information.

I have not heard from Andy regarding this issue. When will he provide a response?

                                          Sincerely,


                                          Annettte Vanderhorst

March 26, 2014

1301 Massachusetts Avenue NW
Apt. 109
Washington, DC  20005


Larry Merlo, CEO
CVS Caremark Corporation
One CVS Drive
Woonsocket, RI  02895


Dear Mr. Merlo:

I am writing this letter regarding the cost of medication. On March 11, 2014, there was a problem on how to obtain the medication, according to Ms. Furman, the pharmacist at Rite Aid, because she stated maintenance and non maintenance pertaining to these two drugs Synthroid and Prednisone only a 34 day supply. Therefore, a call was made to CVS Caremark and I spoke to Antoinette, supervisor, in which a three-way call made to Rite Aid Pharmacy. The pharmacist made a mistake in billing to Kaiser Permanente and had to redo the billing to CVS Caremark. It came out to be Synthroid 88mcg ninety days and Prednisone 5mg 34 days. Nevertheless, Antoinette, the supervisor was of no help. So the CVS Caremark manager Jonathan White followed up on this. Moreover, Mr. White stated that it will have to be appealed and the papers will be sent to my provider in order for the ninety day supply to be administered.

Meanwhile, this plan has been taken over January 1, 2014, without addressing the customer things will be found out only when picking up your medication as to cost and maintenance and appeal. The drug department has mentioned estimated price with the deductible, with this according to the supervisor Joyce and Allison that the deductible will need to be met. Nonetheless, the plan of enrollment stated not everyone will meet that deductible.

However, a call was made to your department. Christina (Retail for CVS Caremark) indicated that she would give the information. I do not think it was forwarded to your department of Assistance of President Office. Now I am being followed up with Ann, Assistant to the President, and she is not responding. No call returned March 24, 2014, and March 25, 2014, and still no call after speaking with her on March 21, 2014. Per Susan, customer service rep, stated that Ann would call Monday on the 24th of 2014.

Sincerely,


Annettte Vanderhorst

Medi-CareFirst BlueCross BlueShield
Pharmacy Management-CT-08-10
10455 Mill Run Circle
Owings Mills, MD 21117

Medi-CareFirst. ⊕ ⦶

### Notice of Plan's Decision Regarding a Grievance

September 23, 2013

Annette Vanderhorst
1301 Massachusetts Ave NW
Washington, DC 20005

Member ID Number: 99814093101

Dear Ms. Annette Vanderhorst:

This letter is in response to your grievance (complaint) that you filed with us on September 13, 2013.

Based upon our review and our telephone discussion we advised the member that unfortunately plans are not notified by manufacturers when the price of drugs are changing, therefore the plan is unable to notify their members ahead of time. The pharmacies may not be aware of the increase however each pharmacy sets their own price based on the medication. In most cases the pharmacy is not aware of the price increase until a claim has been processed. As we discussed due to the fact that there was not a mistake in the pricing no refunds will be issued. In addition we discussed the current balance of your $ 250.00 deductible, which is $11.80, and also discussed that the cost of your medications should be less when you fill it again.

If you have any questions, please contact Claims Customer Service at 1-800-693-1434, 24 hours a day, 7 days a week. TTY/TDD users should call 1-800-693-0765.

Thank you for your concern.

Medi-CareFirst BlueCross BlueShield
Claims Customer Service

S5766 _MCF0226_GRpd File and Use 11/17/2010                    MCF0226

Medi-CareFirst BlueCross BlueShield is the business name of First Care, Inc. and is an independent licensee of the Blue Cross and Blue Shield Association. ® Registered trademark of the Blue Cross and Blue Shield Association. ®' Registered trademark of CareFirst of Maryland, Inc.

BlueRX Standard
c/o CVS Caremark
P.O. Box 52443
Phoenix AZ 85072-2443



ANNETTE VANDERHORST
1301 MASSACHUSETTS AVE NW
APT 109
WASHINGTON, DC 20005



Medicare ,Part D Grievances Department
c/o CVS Caremark
P.O. Box 53991 MC121
Phoenix, AZ 85072-3991

# Medi-CareFirst.

03/31/2014

ANNETTE VANDERHORST
1301 MASSACHUSETTS AVE NW
APT 109
WASHINGTON, DC 20005

Member ID Number: 998140931
Case Number: GR1407850189

Dear ANNETTE VANDERHORST:

This letter is in response to your grievance (complaint) that you filed with us on 03/18/2014.

Based upon our review, in your complaint to the Office of the President, you expressed concern over the increase in the cost of your medications in 2014 and that you were advised you would receive a call back from a CVS Caremark employee and you did not. The Plan has contacted management for appropriate coaching to the employee who advised you he would call you back and did not.

Our records indicate that your Plan has a deductible in the amount of $255.00 which must be paid in full before the Plan will begin to help pay for your prescriptions. At this time, our records indicate you have paid $106.38 toward the $255.00 deductible.

We would also like to advise that you will obtain more savings through the Plan by utilizing preferred pharmacies, such as CVS, Giant, Walmart and Sam's Club. You advised that you never received anything from the Plan regarding CVS Caremark taking over the administration of your benefits and you did not receive the Annual Notification of Change for 2014. We have requested that the Plan re-send this information to you.

During our telephone conversation on 03/26/2014, you advised that you spoke to Medicare and they advised that the Plan does not have a Medicare D contract with them. Please be advised that our contract number with CMS (Centers for Medicare and Medicaid Services) is S5766. You also indicated you had sent an overnight letter to the Office of the President, Larry Merlo. As of today's date, it has not been received.

---

Medi-CareFirst BlueCross BlueShield is the business name of First Care, Inc. and is an independent licensee of the Blue Cross and Blue Shield Association. ® Registered trademark of the Blue Cross and Blue Shield Association. ®' Registered trademark of CareFirst of Maryland, Inc.



We know your prescription needs are an extremely serious matter and we are always looking for ways to improve our service and processes, and only through your feedback are we able to do this. Your dissatisfaction will go on file with the Plan and CMS.

If you have any questions, please contact Claims Customer Service at (855) 893-8539, 24 hours a day, 7 days a week. TTY users should call 711.

Sincerely,

Medi-CareFirst BlueCross BlueShield
Claims Customer Service


Medi-CareFirst BlueCross BlueShield is a PDP plan with a Medicare contract. Enrollment in Medi-CareFirst BlueCross BlueShield depends on contract renewal.


S5766_MCF0225_2014a_Accepted                                        MCF0225 (10/13)



1300 WASHINGTON STREET
KANSAS CITY MISSOURI
64105-1433

TELEPHONE
816 435 5400
FACSIMILE
816 843 6415

WWW.ARGUSHEALTH.COM

0302-9933-20120508-0600-sortiss.dat:352

ANNETTE M VANDERHORST
1301 MASSACHUSETTS AVE NW
WASHINGTON, DC 20005-0000

Dear ANNETTE,

Welcome to the Argus Prescription Discount Program.

Attached you will find your prescription discount drug program ID cards. Please use these cards beginning May 1, 2012 to purchase your prescriptions at your participating retail pharmacy or through the mail.

If you are enrolled in a Medicare Prescription Drug Plan that excludes certain drugs from coverage, this discount card can provide you with discounts for those drugs. **Do not discard your Medicare Prescription Drug identification card. This Discount Card does not replace your Medicare Prescription Drug Card.**



**CareFirst BlueChoice, Inc.**
10455 Mill Run Circle
Owings Mills, MD 21117
www.carefirst.com



Dear Member:

As a CareFirst BlueCross BlueShield (CareFirst) member who purchases individual health coverage, you can now receive valuable discounts on prescription drugs. These discounts are offered through Argus Health Systems Inc. (Argus), an independent pharmacy benefits management company that provides pharmacy management services to CareFirst and its affiliates.

There is no cost to you to take advantage of this value-added program. Simply show your prescription card at a participating pharmacy and save. You will receive the lowest price available in that pharmacy at the time you purchase your prescription. It's that easy.

The Argus network includes over 50,000 pharmacies nationwide. For a partial list of participating pharmacies, please check the enclosed brochure. If your pharmacy is not listed, please call 1-888-850-2405 to find a participating pharmacy near you.

For your convenience, you can also order your medications through the mail to be delivered right to your home. The enclosed mail service brochure provides more information on the mail service benefit.

In addition, CareFirst members have access to a discount program for alternative therapies and wellness services called *Options*. Through *Options*, CareFirst members can receive discounts on hearing aids, contact lenses, laser vision correction, fitness memberships, elder care management, yoga, acupuncture, massage therapy and chiropractic care. Details about the *Options* program can be found online at www.carefirst.com.

For more information about this discounted prescription drug program, please call Argus at 1-888-850-2405.

Sincerely,

*Winston Wong*

Winston Wong
Director, Pharmacy Management

CareFirst BlueCross BlueShield is the business name of CareFirst of Maryland, Inc. an independent licensee of the Blue Cross and Blue Shield Association.
® Registered trademark of the Blue Cross and Blue Shield Association. ®' Registered trademark of CareFirst of Maryland, Inc.

13387

The Argus Prescription Discount Program is not an insurance plan and is not a prescription drug insurance coverage. This program is a discount program where card members pay 100% co-pay of the cost of purchase. Card members will pay the discounted price or the everyday retail price whichever price is less. Please note that the discounted price will not always be lower than the everyday retail price on every prescription. Pharmacies often create "loss leaders" by charging unrealistic medications to attract customers. Savings represent the medication being purchased under the markup of the pharmacy's everyday retail price.

# ARGUS

For every information please call.
**Member Services
1-888-650-2405**

ARGUS HEALTH SYSTEMS, INC.
1300 WASHINGTON STREET
KANSAS CITY, MISSOURI 64105   490

WWW.ARGUSHEALTH.COM

## Welcome to the
Argus Prescription Discount Program

## Pharmacy Listing

Acme Pharmacy
Albertson's Pharmacy
Allen Drug Pharmacy
Anchor Pharmacy
Au bon Pharmacy

Baird Drugs
Brooks Pharmacies
Big A Drugs
Bi-Lo Pharma.
Bi-Mart Pharmacy
Brooks Pharmacy
Brookshire Brothers Pharmacy
BrookShire Pharmacy
Bruno's Pharmacy
Buehler's Pharmacy

City Market
Clinic Pharmac.
Coborn's Pharmacy
Costco
CVS Pharmacy

D & W Food Center Inc
Denburg Family Markets
Dillon Pharmacy
Discount Drug Mart
Drug Fair
Drug World Pharmacies
Duane Reed

Eaton Pharmacies
Eckerd Drugs
Econofoods Pharmacy

Edgun Pharma /
Fairway
Family Drug Store
Food City Pharmacy
Food Lion Pharmacy
Fred Meyer
Fred's Pharma...
Fruth Pharmacy   INC

Commel Pharmacy
Geno and Drug Store
Giant Eagle Pharmacy
Giant Pharmacy
Gristedes Pharmacy

Haggen Pharmacy
Hannaford Foods & Drugs
Happy Harrys
Harmons Pharmacy
Harps Pharmacy
Harris Teeter
Hartig Drug
Harvest Foods
Harvey's Supermarket
Health Partners
HEB Pharmacies
Hi-Sohool
Homeland Stores Inc
Hy-Vee

Ingles Market Pharmacy

Kash 'N Karry Pharmacy
Kerr Drug
Kerr Drug
Kinney Drugs
Klingensmith's Drug Store
K-Mart
Knight, Drugs
Kopp Drugs
Kroger

Lung's
Lous And Clark Drug

Marc's
Marsh Drugs
Marshfield Clinic
Martins Pharmacy
May's
Med-Fast Pharmacy/
Medic Discount Pharmacy
Medicap

Medicine Chest
Medicine Shoppe
Medisave
Med-X
Meyer Pharmacy
Mina Pharmacy
Minyard Pharmacies
Morton Pharmacy

Navarro Discount Pharmacies
No Frills Pharmacy
Express
Northwest Health
Ventures

Osco

P & C Food Markets
Pathmark
Phamenica
Price Chopper
Price Cutter Pharmacy
Professional Pharmacy Services
Publix

Quality Markets

Raze pl Pharmacy
Ridley's Food and Drug
Rite-Aid
Riverside Market
Rosauers Supermarket Pharmacy

RXD Pharmacies

Safeway
Sav-Mor Drugs
Sav-on Drugs
Schnucks Pharmacy
Scolari's Food & Drug
Shaw's Pharmacy
Shelly's Pharmacy

Shopko / Panda
Shoppers
Shoppers Pharmacy
Shoppers Pharmacy
Snyder
St. Louis Connectcare
Stop and Shop
Super Foodmart (A&P)
SuperValu Pharmacy

Target
Thrifty  White Drugs
Times Pharmacy
Tidyman's Pharmacy
Topps Pharmacy

Usings
United Pharmacy

Walgreen's
Wal-Mart
Walt's Pharmacy
Wegman's Pharmacy
West Markets, Inc.
Winn Dixie

For more information please call:

**Member Services
1-888-650-2405**

Argus Health Systems, Inc.
1300 Washington Street
Kansas City, Missouri
64105-1423



ARGUS

For more information please call:
Member Services
1-888-650-2405

www.ARGUSHEALTH.COM

# Welcome to the
## Argus Prescription Discount Program

The Argus Discount Program is not an insurance plan. Please note this is a prescription drug discount card. This program is not insurance and members will pay 100% co-pay at the time of purchase. Card members will pay the discounted price or the usual and customary retail price whichever price is less. Please note that the carded price will not always be lower than the everyday retail price on every prescription. Pharmacies often create "out loaders" or remedy prescribed medications to attract customers. Savings vs on the medication being purchased or over the markup of the pharmacy's everyday retail price.

## Pharmacy Listing

A&P Pharmacy
Albertson's Pharmacy
Aston-Duig Pharmacy
Anchor Pharmacy
Aurora Pharmacy

Bakall Drugs
B Wise Pharmacies
Big A Drugs
Bi-Lo Pharmacy
Bi-Mart Pharmacy
Brooks Pharmacy
Brookshire Brothers Pharmacy
Bruno's Shop Pharmacy
Bruno's Pharmacy
Buehler's Pharmacy

Cal Market
Care Pharmacy
Cashion's Pharmacy
Costco
CVS Pharmac

D & W Food Center Inc
Dierberg Family Markets
Dillon Pharmac
Discount Drug Mart
Drug Fair
Drug World Pharmacies
Duane Reed

Eaton Pharmacies
Eckerd Drugs
Econofoods Pharmacy

Fagen Pharmacy
Farmacy
Family Drug Store
Food City Pharmacy
Food Lion Pharmacy
Fred Meyer
Fred's Pharmacy
Fruth Pharmacy, Inc

Genn of Pharmacy
Genovese Drug Store
Giant Eagle Pharmacy
Giant Pharmacy
Gristedes Pharmacy

Happy Pharmacy
Hannaford Foods & Drugs
Happy Harrys
Hartig's Pharmacy
Harps Pharmacy
Harris Teeter
Hartig Drug
Harvest Foods
Harvey's Supermarket
Health Partners
HEB Pharmacies
Hi-School
Homeland Stores Inc
Hy-Vee

Ingles Market Pharmacy

Kash N Karry Pharmacy
Kerr Drug
Kerr Drug
Kinney Drugs
Kinpaustinds Drug Stow
K-Mart
Knights Drugs
Kopp Drugs
Kroger

Long's
Lous And Clark Drug

Marc's
Marsh Drugs
Marshfield Clinic
Marines Pharmacy
May's
Med-Fast Pharmacy
Medic discount Pharmacy
Medicap

Medicine Chest
Medicine Shoppe
Medserv
Mod-X
Men-X Pharmacy
Meijer Pharmacy
Mowad Pharmacies
Morton Pharmacy

Natomas Discount Pharmacy
Pharmacies
Na Rite Pharmacy
Express
Northwest Health
Ventures

Osco

P & C Food Markets
Pathmark
Pharmama
Price Pharmacy
Price Cutter Pharmacy
Professional Pharmacy

Services
Public

Quality Markets

Rogn Pharmacy
Raley's Food and Drug
Rite-Aid
Riverside Markets
Rosauers Supermarket
Pharmacy

RxD Pharmacies

Safeway
Shop-Mor Drugs
Sav-on Drugs
Schnuks Pharmacy
Scolari's Food & Drug
Shaw's Pharmacy
Shibly's Pharmacies

Shopko / Pamida
Shoppers
Shoppers Pharmacy
Shoppers Pharmacy
Snyder
Star, Inc - Connecticut
Stop and Shop
Super Fresh (A & P)
SuperValu Pharmacy

Target
Tinley Wine Drugs
Times Pharmacy
Tryrnen's Pharmacy
Topic Pharmacy

Ukey's
United Pharmacy

Walgreen's
Wal-Mart
Weis Pharmacy
Wegmann's Pharmacies
Weis Markets, Inc
Winn Dixie

For more information
please call:

Member Services
1-888-650-2405

Argus Health Systems Inc
1300 Washington Street
Kansas City, Missouri
64108-4399