# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

__Annette M. Vanderhorst__
Plaintiff

vs.

__Blue Cross Blue Shield Association, et al.__
Defendant

Civil Action No. __14-1580 (ABJ)__

## NOTICE OF APPEAL

Notice is hereby given this __June__ day of __17__, 20__15__, that __Annette M. Vanderhorst__ hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the __April__ day of __16__, 20__15__ in favor of __CMS, CareFirst Blue Cross Blueshield__ against said __Annette M. Vanderhorst__

__Annette M. Vanderhorst__
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

RECEIVED
JUN 17 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia