# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 15-5174** | **September Term, 2015** |
| | 1:14-cv-01580-ABJ |
| | **Filed On:** December 4, 2015 |

Annette M. Vanderhorst,

    Appellant

    v.

Blue Cross Blue Shield Association, et al.,

    Appellees

    **BEFORE:**    Tatel, Griffith, and Millett, Circuit Judges

### O R D E R

Upon consideration of the motions for summary affirmance, the combined response thereto, the reply, and the surreply, it is

**ORDERED** that the motions be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Even under the less stringent standards accorded pro se pleadings, the district court correctly dismissed the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), because it did not state a plausible claim upon which relief can be granted by the court. Ashcroft v. Iqbal, 555 U.S. 662, 678-79 (2009); Erickson v. Pardus, 551 U.S. 89, 94 (2007) (per curiam). Nor do appellant's submissions on appeal provide a basis for the appellees' liability. More specifically, appellant has identified nothing in the law that obligated either appellee to provide the information she seeks.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**